IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE SAPP, #268307, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:10-cv-1033-ID |
| RICHARD ALLEN, *et al.,* | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 6) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED as follows:

a.   the Recommendation of the Magistrate Judge is ADOPTED; and

b.   this case is DISMISSED without prejudice and prior to service of process in accordance with the provision of 28 U.S.C. § 1915(e)(2)(B)(ii).

A separate judgment shall issue.

Done this 22nd day of February, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE